UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>KEVIN ARYADI,<br>Defendant. | 26 Cr. 287 (LGS)<br><br><u>SCHEDULING ORDER</u> |

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Kevin Aryadi's sentencing hearing will be held on **October 20, 2026**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's sentencing submission, if any, shall be filed on or before **October 5, 2026**. The Government's pre-sentencing submission, if any, shall be filed by **October 8, 2026.**

Dated: July 31, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE