UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KEVIN ARYADI,

Defendant.

**ORDER**

26 Cr. 287 (LGS)

WHEREAS, with the consent of defendant Kevin Aryadi, the defendant's guilty plea allocution was taken before United States Magistrate Judge Valerie Figueredo on July 15, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated plea agreement, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED.**

Dated: New York, New York
July 31,, 2026

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE