**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 14, 2026

Application Granted. The sentencing hearing currently scheduled for October 19, 2026, is adjourned to **January 26, 2027, at 11:00 a.m**. Defendant's sentencing submission shall be filed by **January 5, 2027**. The Government's sentencing submission shall be filed by **January 8, 2027**. The Clerk of the Court is directed to terminate the letter motion at docket number 48.
Dated: October 19, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**
Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *United States v. Aryadi*, 26 Cr. 287 (LGS)**

Dear Judge Schofield:

The Government writes to respectfully request a 90-day adjournment of sentencing and the presentence deadlines in this case. The Government makes this request jointly with counsel for the defendant, Kevin Aryadi, and also at the request of U.S. Probation.

As background, on July 15, 2026, the defendant, pursuant to a plea agreement with the Government, waived indictment and pleaded guilty to a one-count information charging him with possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). The Court accepted the plea on July 31, 2026 and set the following sentencing schedule:

| | |
|---|---|
| Sentencing | October 20, 2026 |
| Defense sentencing submission | October 5, 2026 |
| Government sentencing submission | October 8, 2026 |

The draft presentence report was scheduled to be disclosed on September 8, 2026, and the second disclosure was scheduled for October 6, 2026.

The Government understands that, due to a delay in the scheduling of the presentence interview of the defendant, Probation was unable to interview the defendant until October 13, 2026. Accordingly, the presentence report has not yet been prepared, and the parties have not yet filed sentencing submissions.

To allow sufficient time for completion of the presentence report and the filing of the parties' sentencing submissions thereafter, the Government requests that the Court adjourn sentencing by 90 days to January 18, 2027, or another date convenient for the Court, and that the Court extend the presentence deadlines in accordance with the adjourned sentencing date.

This is the first sentencing extension request by either party.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: Robert Ruff
Robert S. Ruff
Assistant United States Attorney
(212) 637-2522